# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2020 ND 109

Jonathan Horvath,                                   Petitioner and Appellant

     v.

State of North Dakota,                              Respondent and Appellee

No. 20190344

Appeal from the District Court of Williams County, Northwest Judicial District, the Honorable Robin A. Schmidt, Judge.

AFFIRMED.

Per Curiam.

Steven J. Fischer, Bismarck, ND, for petitioner and appellant; submitted on brief.

Nathan K. Madden, Assistant State's Attorney, Williston, ND, for respondent and appellee; submitted on brief.

# Horvath v. State
## No. 20190344

**Per Curiam.**

[¶1] Jonathan Horvath appeals from an order denying his application for post-conviction relief. Following a jury trial, Horvath was convicted of murder, reckless endangerment, possession of a firearm by a convicted felon, and two counts of terrorizing. Horvath petitioned for post-conviction relief alleging ineffective assistance of counsel. The district court denied the application.

[¶2] We summarily affirm the district court's order under N.D.R.App.P. 35.1(a)(2), concluding the court's findings of fact are not clearly erroneous. The district court did not err in determining that Horvath failed to establish his trial counsel's representation fell below an objective standard of reasonableness. The evidence supports the district court's findings that Horvath's counsel's trial strategy was reasonable. N.D.R.App.P. 35.1(a)(2); *see Edwardson v. State*, 2019 ND 297, ¶ 9, 936 N.W.2d 376.

[¶3]  Jon J. Jensen, C.J.
 Gerald W. VandeWalle
 Lisa Fair McEvers
 Jerod E. Tufte
 Daniel J. Crothers